1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE KYMBERLY K.
EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADVANCED HAIR RESTORATION, LLC,
a Washington limited liability company,

Plaintiff,

v.

BOSLEY, INC., a Delaware corporation,

Defendant.

No.: 2:23-cv-01031-KKE

STIPULATED MOTION AND PROPOSED
ORDER EXTENDING CASE DEADLINES

NOTED ON THE MOTION CALENDAR:
September 5, 2023

The undersigned parties, by and through their counsel of record, stipulate and

respectfully request that the Court grant an extension of the Initial Scheduling Dates, Dkt. #6.

Counsel for both parties have conferred and request these extensions based upon

Bosley's counsel's recent retention in the above referenced matter.

In light of the facts described above, the parties believe there is good cause under

Local Rule 10(g), for a continuance of the case deadlines. The parties propose the following

changes to the case schedule:

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Initial Pleading | September 8, 2023 | September 22, 2023 |
| FRCP 26(f) Conference | August 28, 2023 | October 23, 2023 |

STIPULATED MOTION AND PROPOSED ORDER EXTENDING
CASE DEADLINES
NO.: 2:23-CV-01031-RSM

PAGE 1

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

| | | |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | September 5, 2023 | October 31, 2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | September 11, 2023 | November 6, 2023 |

DATED:  September 5, 2023

BAMERT REGAN
Attorneys for Plaintiff

BULLIVANT HOUSER BAILEY PC
Attorneys for Defendant

By /s/ John J. Bamert
   John J. Bamert, WSBA # 48128

By /s/ Laura Caldera Loera
   Laura Caldera Loera, WSBA #59502
   Amanda Bryan, WSBA #56294

IT IS SO ORDERED this ___13ʳ___ day of September 2023.

Kymberly K. Evanson
UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER
Attorneys for Defendant

/s/ Laura Caldera Loera
Laura Caldera Loera, WSBA No. 59502
Amanda Bryan, WSBA No. 56294

STIPULATED MOTION AND PROPOSED ORDER EXTENDING      PAGE 2      **Bullivant|Houser|Bailey PC**
CASE DEADLINES                                          One SW Columbia Street, Suite 800
NO.: 2:23-CV-01031-RSM                                  Portland, Oregon  97204-4022
                                                          Telephone: 503.228.6351