UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION LLC,<br>Plaintiff,<br>v.<br>BOSLEY INC, et al.<br>Defendants. | CASE NO. C23-1031-KKE<br><br>ORDER GRANTING SECOND MOTION TO AMEND AND DENYING MOTION TO DISMISS AS MOOT |

This matter comes before the Court on Plaintiff's second motion for leave to amend the complaint. Dkt. No. 57. Defendants Bosley Inc. ("Bosley") and Hair Club for Men Ltd., Inc. filed notices of non-opposition to this motion. Dkt. Nos. 58, 59. The third Defendant, Aderans Co., Ltd., who has not appeared in this action, did not join these non-oppositions nor file a timely response. *See* Local Rules W. D. Wash. LCR 7(d)(3). The Court finds that amendment is timely and in the interest of justice under Federal Rule of Civil Procedure 15(a)(2). Accordingly, the Court GRANTS Plaintiff's second motion for leave to amend the complaint. Dkt. No. 57. Plaintiff must file the second amended complaint (Dkt. No. 57 at 3) by June 27, 2024.

Because the operative complaint has changed, the Court DENIES Bosley's motion to dismiss the first amended complaint as moot. Dkt. No. 47.

Dated this 20th day of June, 2024.

Kymberly K. Evanson
United States District Judge