Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BOSLEY INC., a Delaware corporation; HAIR CLUB FOR MEN LTD., INC.; and ADERANS CO., LTD.,<br><br>Defendants.<br>―――――――――――――――――――<br>BOSLEY INC., a Delaware corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>ADVANCED HAIR RESTORATION LLC, a Washington limited liability company,<br><br>Counter-Defendant. | CASE NO. 2:23-cv-01031-KKE<br><br>STIPULATION GOVERNING DEFENDANT ADERANS CO., LTD.'S RESPONSE TO THE SECOND AMENDED COMPLAINT AND ORDER |

STIPULATION GOVERNING DEF. ADERANS CO., LTD.'S
RESPONSE TO THE SECOND AMENDED COMPLAINT
AND ORDER - 1
CASE NO. 2:23-cv-01031-KKE

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff, Advanced Hair Restoration, LLC ("AHR"), and Defendant, Aderans Co., Ltd. ("Aderans"), through their undersigned counsel, that the time for Defendant Aderans to answer or otherwise respond to the Second Amended Complaint is extended by 21 days, through and including October 22, 2024.  As good cause therefor, Defendant Aderans, which is located in Japan, respectfully submits that it has diligently sought and retained counsel to represent Defendant Aderans in connection with this litigation, and its counsel has promptly contacted Plaintiff AHR's counsel and arranged for an agreed deadline for Defendant Aderans to answer or otherwise respond to the Second Amended Complaint.

STIPULATED this 8th day of October, 2024.

Respectfully submitted,

BAMERT REGAN

<u>s/John J. Bamert (with authorization given to e-sign)</u>
John J. Bamert (WSBA #48128)
Bamert@BamertRegan.com
Sara L. Pilson (NYSBA #1023992)
pilson@bamertregan.com
113 Cherry Street, Unit 55215
Seattle, WA 98104
Tel.: (206) 486-7020

*Counsel for Plaintiff, Advanced Hair Restoration LLC*

SUMMIT LAW GROUP, PLLC

<u>s/Rebecca R. Singleton</u>
Diana Siri Breaux, WSBA #46112
Rebecca R. Singleton, WSBA #57719
dianab@summitlaw.com
rebeccas@summitlaw.com

STIPULATION GOVERNING DEF. ADERANS CO., LTD.'S
RESPONSE TO THE SECOND AMENDED COMPLAINT
AND ORDER - 2
CASE NO. 2:23-cv-01031-KKE

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

315 Fifth Avenue S., Suite 1000
Seattle, WA  98104
Telephone:  206-676-7000

MCCARTER & ENGLISH, LLP

David G. Conlin (BBO #094220) (*Pro Hac Vice Pending*)
dconlin@mccarter.com
Kathleen B. Carr (BBO #564138) (*Pro Hac Vice Pending*)
kcarr@mccarter.com
Keith E. Toms (BBO #063369) (*Pro Hac Vice Pending*)
ktoms@mccarter.com
265 Franklin Street
Boston, MA 02110
Tel.: (617) 449-6500

*Counsel for Defendant, Aderans Co., Ltd.*

STIPULATION GOVERNING DEF. ADERANS CO., LTD.'S RESPONSE TO THE SECOND AMENDED COMPLAINT AND ORDER - 3
CASE NO. 2:23-cv-01031-KKE

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**[PROPOSED] ORDER**

Upon consideration of the Stipulation Governing Defendant Aderans Co., Ltd.'s Response to the Second Amended Complaint, it is:

SO ORDERED.

Dated this 9th day of October, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATION GOVERNING DEF. ADERANS CO., LTD.'S
RESPONSE TO THE SECOND AMENDED COMPLAINT
AND ORDER - 4
CASE NO. 2:23-cv-01031-KKE

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001