THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BOSLEY, INC., a Delaware corporation, HAIR CLUB FOR MEN LTD., INC, a Florida corporation, and ADERANS CO., LTD., a Japan company,<br><br>Defendants. | No.: 2:23-cv-01031-KKE<br><br>ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION TO EXTEND CASE SCHEDULE |

This matter comes before the Court on the parties' stipulated motion to continue the case schedule. Dkt. No. 96. While the Court finds that the parties have shown good cause to continue the trial date and related pretrial deadlines, the Court's calendar cannot accommodate the parties' proposed schedule, specifically the proposed dispositive motion deadline. *See* Dkt. No. 21 at 3 ("Please note the Court requires approximately 120 days between the deadline for filing dispositive motions and the trial date.").

Accordingly, the motion is GRANTED IN PART and DENIED IN PART. Dkt. No. 96. The case schedule is amended as follows:

| Activity | Former Deadline | New Deadline |
|---|---|---|
| JURY TRIAL SET FOR 9:30 a.m. on | 6/2/2025 | 3/23/2026 |
| Length of trial | 8 days | 10 days |
| Deadline for filing amended pleadings | 6/3/2024 | Expired |
| Joinder of Parties | 3/4/2024 | Expired |
| Expert Reports from the Party Bearing the Burden of Proof FRCP 26(a)(2) due | 11/5/2024 | 6/9/2025 |
| Expert Reports from the Party Not Bearing the Burden of Proof FRCP 26(a)(2) due | N/A | 7/17/2025 |
| Rebuttal Expert Reports on Any New Issues Raised by the Party Not Bearing the Burden of Proof | 12/17/2024 | 8/25/2025 |
| All motions related to discovery must be filed by | 12/18/2024 | 9/1/2025 |
| Discovery must be completed by | 1/15/2025 | 10/6/2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)). | 3/14/2025 | 11/24/2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 4/2/2025 | 1/13/2026 |
| Joint brief on motions in limine must be filed by | 4/28/2025 | 2/9/2026 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 5/12/2025 | 2/23/2026 |
| Trial briefs, proposed voir dire questions, and deposition designations due | 5/19/2025 | 3/2/2026 |
| Pretrial Conference | 5/23/2025 | TBD |

All motions in limine shall be submitted in a joint brief that: (1) contains an introductory statement summarizing the case and the context for any disputes, with each side drafting its own statement if they cannot agree; and (2) presents each motion under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will

do the same below that. Any agreed motions shall be noted as such. The joint brief must not exceed 12,600 words, excluding caption, date line, and signature block, with each party contributing no more than 6,300 words. Each party may submit a declaration along with the joint brief, as necessary.

IT IS SO ORDERED this 6th day of November 2024.

Kymberly K. Evanson
United States District Judge