THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BOSLEY, INC., a Delaware corporation, Hair Club for Men Ltd., Inc, a Florida corporation, and Aderans Co., Ltd., a Japan company,<br><br>Defendants. | No.: 2:23-cv-01031-KKE<br><br>ORDER EXTENDING DEADLINE FOR DEFENDANTS' RESPONSES TO THIRD AMENDED COMPLAINT |

THIS MATTER having come on before this Court on Defendants' Joint Unopposed Motion to Extend Deadline for Defendants' Response to Third Amended Complaint (Dkt. No. 104) the Court having reviewed the unopposed motion hereby grants the motion as follows:

The deadline for Defendants to respond to the Third Amended Complaint (or a Fourth Amended Complaint) is extended until 14 days after the filing of a Fourth Amended Complaint or 14 days after the denial of any motion by AHR to file a Fourth Amended Complaint, or any other court order precluding AHR from filing a Fourth Amended Complaint.

//

1

IT IS SO ORDERED this 26th day of November 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

Respectfully submitted this November 26, 2024 by:

BULLIVANT HOUSER BAILEY PC
Attorneys for Defendant Bosley, Inc.

By */s/ Laura Caldera Loera*
Laura Caldera Loera, WSBA No. 59502
Amanda Bryan, WSBA No. 56294

MCCARTER & ENGLISH, LLP
Attorneys for Defendant Aderans Co. Ltd.

By */s/ David G. Conlin*
David G. Conlin, BBO No. 094220
*(admitted pro hac vice)*
Kathleen B. Carr, BBO No. 564138 *(pro hac vice pending)*
kcarr@mccarter.com
Keith E. Toms, BBO No. 063369 *(pro hac vice pending)*
Diana Siri Breaux, WSBA No. 46112
Rebecca R. Singleton, WSBA No. 57719

POLSINELLI
Attorneys for Defendant Hair Club For Men, Ltd., Inc.

By */s/ Patrick T. Muffo*
Clement A. Asante, CBA No. 57899
*(admitted pro hac vice)*
Patrick T. Muffo, ISBA No. 6298584
*(admitted pro hac vice)*
Emily C. McNally, WSBA No. 60710

2