THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION, LLC, a Washington limited liability company,<br><br>                Plaintiff,<br><br>   v.<br><br>BOSLEY, INC., a Delaware corporation, Hair Club for Men Ltd., Inc, a Florida corporation, and Aderans Co., Ltd., a Japan company,<br><br>                Defendants. | Civil Action No. 2:23-cv-01031-KKE<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** |

This matter came before the Court on Plaintiff Advanced Hair Restoration, LLC's ("AHR") motion for leave to amend the Complaint. Dkt. No. 106. The motion is unopposed. *Id.* at 2 ("All defendants agreed to not oppose this motion."). The Court has reviewed the motion and the relevant record and GRANTS the motion. AHR shall file its Fourth Amended Complaint (Dkt. No. 106-3) by December 2, 2024.

DATED this 26th day of November 2024.

Kymberly K. Evanson
United States District Judge