UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>BOSLEY INC, et al.,<br><br>                    Defendants. | CASE NO. C23-1031-KKE<br><br>ORDER GRANTING IN PART AND DENYING PART UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFF'S MOTION TO DISMISS AND STRIKE |

This matter comes before the Court on Defendant Bosley Inc.'s ("Bosley") unopposed motion to extend the deadline to respond to Plaintiff Advanced Hair Restoration LLC's ("AHR") pending motion to dismiss Bosley's counterclaims and to strike Bosley's affirmative defenses. Dkt. No. 119. Bosley certifies that AHR does not oppose the motion. *Id.* at 1. Currently pending before the Court are Defendant Hair Club for Men Ltd.'s motion to dismiss AHR's fourth cause of action against it (Dkt. No. 109), Defendant Aderans Co. Ltd.'s motion to dismiss all AHR's causes of action against it (Dkt. No. 112), and AHR's motion to dismiss Bosley's counterclaims and to strike Bosley's affirmative defenses (Dkt. No. 114).

The Court agrees that there is good cause to extend Bosley's deadline to respond to AHR's pending motion because the Court's decision on the other two pending motions may moot AHR's motion as a different operative complaint may be necessary and thus Bosley's counterclaims or affirmative defenses may change. *See* Dkt. No. 119 at 3. However, instead of extending the

deadline to respond to AHR's pending motion, the Court finds that terminating AHR's pending motion, subject to reactivation by AHR after the Court's decision on the Defendants' pending motions, is the most efficient means to avoid confusion over deadlines and to maintain clarity on the docket. The Court emphasizes that, to the extent AHR's pending motion is not mooted, AHR need not refile its motion but may merely contact Courtroom Deputy Diyana Staples (Diyana_Staples@wawd.uscourts.gov) to reactivate its motion. The Court will then re-note the motion, triggering Bosley's deadline to respond in accordance with the local rules.

Accordingly, Bosley's unopposed motion is granted in part and denied in part. Dkt. No. 119. The motion at Dkt. No. 114 is terminated subject to reactivation by Plaintiff.

Dated this 21st day of January, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge