UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION LLC, | CASE NO. C23-1031-KKE |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION TO EXTEND CASE SCHEDULE |
| v. | |
| BOSLEY INC, et al., | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to extend the case schedule. Dkt. No. 139. The parties represent that they "largely stayed discovery" pending the outcome of various prior motions, which have now been resolved. Dkt. No. 139 at 1. While the Court notes there are still two pending motions to dismiss/strike, the Court accepts the parties' representations that they are ready to move forward with the case schedule. Thus, the Court finds that the parties have shown good cause to continue the trial date and related pretrial deadlines.

The parties' requested trial date, however, does not work with the Court's calendar. Accordingly, the parties are instructed to contact the Courtroom Deputy (Diyana_staples@wawd.uscourts.gov) to identify a new trial date. Once a new trial date is chosen, the Court will issue an amended case schedule for the unexpired deadlines consistent with the Court's standard case schedule, incorporating the parties' requested expert deadline exchange

ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION TO EXTEND CASE SCHEDULE - 1

schedule (Dkt. No. 139 at 2). See https://www.wawd.uscourts.gov/sites/wawd/files/KKEChambersProceduresforCivilCases.pdf.

For these reasons, the motion is GRANTED IN PART and DENIED IN PART. Dkt. No. 139. All unexpired case deadlines (Dkt. No. 100) are VACATED.

Dated this 4th day of April, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION TO EXTEND CASE SCHEDULE - 2