UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>BOSLEY INC, et al.,<br><br>Defendant(s). | CASE NO. C23-1031-KKE<br><br>ORDER GRANTING IN PART MOTION TO EXTEND CASE SCHEDULE |

Now before the Court is Plaintiff Advanced Hair Restoration's ("Advanced Hair") motion to extend the case deadlines by four months: Advanced Hair's requested extension would set this case for trial on January 14, 2027. Dkt. No. 174. The motion is now ripe for consideration. *See* Dkt. Nos. 177, 179, 181. Though Defendant Hair Club for Men Ltd., Inc. ("Hair Club") and Counter Claimant Bosley Inc. ("Bosley") oppose Advanced Hair's motion, both Hair Club and Bosley indicate openness to an extension of the deadline for disclosure of expert testimony (currently set for February 17, 2026) and acknowledge that document discovery is not yet complete. Dkt. No. 177 at 5, Dkt. No. 179 at 6.

Hair Club and Bosley also request a staggered expert witness disclosure schedule, and/or guidance regarding the deadline for disclosure of rebuttal expert reports. Dkt. No. 177 at 5, Dkt. No. 179 at 6. A separate rebuttal deadline is not necessary however, because Federal Rule of Civil Procedure 26 provides that such disclosures must be made "within 30 days after the other party's

ORDER GRANTING IN PART MOTION TO EXTEND CASE SCHEDULE - 1

disclosure." Fed. R. Civ. P. 26(a)(2)(D)(ii).  Accordingly, the deadline in the case schedule applies to all parties' initial reports, and rebuttal reports must be served within 30 days thereafter, consistent with the rule.

As to extending the schedule, while the pace of this litigation has been slower than the needs of the case demand, upon reviewing the parties' filings, the relevant record, and the Court's calendar, the Court finds good cause to GRANT IN PART Advanced Hair's motion.  Dkt. No. 174.  The jury trial in this case will be set for December 7, 2026.  The Clerk is directed to enter an amended case schedule using the Court's standard offset dates.  The dates set forth in the amended case schedule are firm, and will not be further modified absent a showing of good cause.

Dated this 21st day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING IN PART MOTION TO EXTEND CASE SCHEDULE - 2