UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADVANCED HAIR RESTORATION LLC,

Plaintiff(s),

v.

BOSLEY INC, et al.,

Defendant(s).

CASE NO. C23-1031-KKE

ORDER ON MOTIONS TO SEAL

On March 12, 2026, the Court held a discovery conference on the pending motions to seal an exhibit (Dkt. No. 187) and a joint discovery statement describing the sealed exhibit (Dkt. No. 192). Dkt. No. 197. The sealed exhibit originally had been designated by Plaintiff Advanced Hair Restoration as "Attorney's Eyes Only," and thus was filed under seal. At the discovery conference, the Court ordered the parties to meet and confer, and file a joint status report on, among other things, whether the parties would agree to de-designate the sealed document. *Id.*

In their joint status report, the parties indicated that they "agreed to reduce the designation of the document" to "confidential" and filed an accompanying "public, redacted version" of the exhibit with their Joint Status Report. Dkt. No. 198 at 2; *see* Dkt. No. 198-1. The parties assert that "[t]his moots the motions to seal at Dkt. Nos. 187 and 192." *Id.*

As such, the Court will DENY as moot the parties' motions to seal. Dkt. Nos. 187, 192.

ORDER ON MOTIONS TO SEAL - 1

1.  The Clerk is directed to maintain the seal on, and STRIKE Exhibit 12 (Dkt. No. 188), as the parties have provided a redacted version of the document (Dkt. No. 198-1).

2.  The Clerk is directed to UNSEAL the motion to seal (Dkt. No. 193).

Dated this 18th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON MOTIONS TO SEAL - 2