UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADVANCED HAIR RESTORATION LLC,

Plaintiff(s),

v.

BOSLEY INC, et al.,

Defendant(s).

CASE NO. C23-1031-KKE

ORDER STRIKING MOTION TO WITHDRAW

This matter is before the Court on a motion to withdraw as counsel filed by John J. Bamert, Kevin E. Regan, Kenneth A. Matuszewski, and Lauren A. Salatto-Rosenay (the "Bamert Regan attorneys") on March 24, 2026. Dkt. No. 200. The Bamert Regan attorneys explained they terminated their client, Plaintiff Advanced Hair Restoration ("AHR"), due to "irreconcilable differences." *Id.* Defendant Hair Club opposed the motion, citing its "inten[t] to move for sanctions and to prosecute its *Noerr-Pennington* counterclaim." Dkt. No. 202. On March 30, 2026, Mark P. Walters and Mitchell D. West of Lowe Graham Jones PLLC (the "Lowe Graham attorneys") filed notices of appearance as counsel for AHR. Dkt. Nos. 206, 207. On March 31, 2026, the Bamert Regan attorneys filed a notice with the Court withdrawing as counsel for AHR "pursuant to LCR 83.2(b)(3)." Dkt. No. 208 at 2.

Local Rule 83.2(b)(3) provides:

Where a party is represented by multiple attorneys from the same or different firms and one or more attorneys wish to withdraw but will not leave the client without

ORDER STRIKING MOTION TO WITHDRAW - 1

representation, leave of the court to withdraw is not required. The remaining or withdrawing attorney(s) shall file a Notice of Withdrawal, which shall include a statement that the client remains represented and identifies the withdrawing and remaining attorneys.  The Notices shall be signed by the withdrawing attorney(s) and the remaining attorney(s) of record to confirm that fact.

W.D. Wash Local Rules LCR 83.2(b)(3).  Though the Bamert Regan attorneys assert such withdrawal was proper under Rule 83.2(b)(3), their filing was not "signed by the withdrawing attorneys *and* the remaining attorney(s) of record" to confirm that AHR remains represented.  LCR 83.2(b)(3) (emphasis added); *see* Dkt. No. 208 at 2.

The Bamert Regan attorneys are therefore ORDERED to re-file a Notice of Withdrawal, no later than April 20, 2026, that is signed by both the Bamert Regan and Lowe Graham attorneys. The Court STRIKES the motion to withdraw as counsel.  Dkt. No. 200.

Dated this 13th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER STRIKING MOTION TO WITHDRAW - 2