UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>BOSLEY INC, et al.,<br><br>Defendant(s). | CASE NO. C23-1031-KKE<br><br>ORDER DENYING AS MOOT DEFENDANTS' JOINT MOTIONS FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS |

This matter is before the Court on Defendants' Joint Motion for a Protective Order (Dkt. No. 203) and Joint Motion to Quash Subpoenas (Dkt. No. 204). Following the appearance of new counsel, *see* Dkt. Nos. 206–07, Plaintiff Advanced Hair Restoration ("AHR") filed its response, providing the Court with updates on the parties' discovery disputes. Dkt. No. 212. Specifically, AHR indicated that it would withdraw in full the subpoenas at issue "subject to a narrow reservation" regarding third-party discovery. *Id.* at 4–5. AHR asserted that Defendants' motions should accordingly be denied as moot. *Id.* In their reply, Defendants Hair Club for Men Ltd., Inc. ("Hair Club") and Bosley, Inc. ("Bosley") confirmed AHR's representation of discovery updates and stated that "AHR is therefore correct that the Motions [Dkts. 203 and 204] should be denied as moot." Dkt. No. 216 at 1–2. Defendants additionally stated that they "do not possess" the third-party information sought by AHR. *Id.* at 1 n.1.

//

ORDER DENYING AS MOOT DEFENDANTS' JOINT MOTIONS FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS - 1

Accordingly, the Court DENIES as moot Defendants' Joint Motion for a Protective Order (Dkt. No. 203) and Joint Motion to Quash Subpoenas (Dkt. No. 204).

Dated this 21st day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING AS MOOT DEFENDANTS' JOINT MOTIONS FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS - 2