UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION LLC, | CASE NO. C23-1031-KKE |
| Plaintiff(s), | ORDER STRIKING JOINT DISCOVERY STATEMENT |
| v. | |
| BOSLEY INC, et al., | |
| Defendant(s). | |

Now before the Court is the parties' joint discovery statement, which requests both oral argument and "emergency consideration." Dkt. No. 223. After reviewing the parties' joint discovery statement and accompanying exhibits, the Court finds the parties have failed to raise any issue requiring either oral argument or emergency consideration. To the contrary, the scheduling disagreement raised in the statement is well within the capacity of the experienced attorneys litigating this matter to resolve without judicial intervention.

At a prior hearing in this matter, the Court relieved the parties of their obligation to participate in the Court's expedited discovery dispute procedure, finding that in this case, the procedure no longer served its purpose of efficient dispute resolution. Accordingly, the Court STRIKES the parties' joint discovery statement. Dkt. No. 223. Going forward, either party may file a discovery motion should a dispute arise for which the Federal Rules of Civil Procedure would support relief. *See* Fed. R. Civ. P. 37.

ORDER STRIKING JOINT DISCOVERY STATEMENT - 1

Finally, the Court reminds the parties of their obligation to certify they have met and conferred to attempt to resolve the dispute without court intervention.  Local Civil Rule W.D. Wash. LCR 37(a)(1).   Such certification "must list the date, manner, and participants to the conference." *Id.*  "A good faith effort to confer … requires a face-to-face meeting or a telephone conference." *Id.*

Dated this 5th day of June, 2026.

Kymberly K. Evanson
United States District Judge